888

tioner. *George E. Allen* for respondents. ▮▮▮▮▮▮▮

No. 174. HAINES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 288. MULLEN *v.* FITZ SIMONS & CONNELL DREDGE & DOCK Co.. C. A. 7th Cir. Certiorari denied. *Irving Breakstone* for petitioner. *Edward B. Hayes* for respondent.

No. 353. HICKS *v.* DE BARDELEBEN COAL CORP.; DOING BUSINESS AS COYLE LINES, INC. C. A. 5th Cir. Certiorari denied.

No. 32, Misc. HAMILTON *v.* VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied. Petitioner *pro se. J. Lindsay Almond, Jr.,* Attorney General of Virginia, for respondent.

No. 143, Misc. WOCHNICK *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Morris J. Pollack* for petitioner.

No. 169, Misc. FORMAN *v.* WOLFSON. Supreme Judicial Court of Massachusetts. Certiorari denied.

No. 178, Misc. SPEARS *v.* SUTTON ET AL. C. A. 6th Cir. Certiorari denied.

No. 179, Misc. EDDINS *v.* WEST VIRGINIA. Supreme Court of Appeals of West Virginia. Certiorari denied.